UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   13-cv-02154-WYD-MEH

MEDPACE, INC.,

    Plaintiff,

v.

PHEA, LLC,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    THIS MATTER is before the Court on the parties' Joint Motion To Stay Proceedings Pending Resolution Of Settlement Discussions [ECF No. 8], filed on September 11, 2013.  After careful consideration, it is

    ORDERED that the parties' motion [ECF No. 8] is **GRANTED and proceedings in this action are STAYED until Tuesday**, **October 1**, **2013**.  It is

    FURTHER ORDERED that the parties **shall file a Joint Status report on Tuesday**, **October 1**, **2013**, **apprising the Court on the status of settlement negotiations**.

    Dated:  September 13, 2013.